IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH LAUFER, | | CIVIL DIVISION |
| | Plaintiff, | |
| | | NO.   2:20-cv-1193 |
| vs. | | |
| VIJAY INC., | | **APPEARANCE OF COUNSEL** |
| | Defendants. | FILED ON BEHALF OF: |

VIJAY INC.

COUNSEL OF RECORD FOR THIS PARTY:

Chelsea Dice, Esquire
Pa. I.D. # 90019

BRUCE E. DICE & ASSOCIATES, P.C.
787 Pine Valley Drive, Ste E
Pittsburgh, PA  15239
Tel. No. (724) 733-3080
Fax No. (724) 327-9659
Email. cdice@dicelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DEBORAH LAUFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:20-cv-1193 |
| | ) | |
| VIJAY INC., | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To:  The Court of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Vijay Inc.

Dated: September 18, 2020.    **ATTORNEY FOR DEFENDANTS**

By: */s/ Chelsea Dice*
  Chelsea Dice, Esquire
  Pa. I.D. No. 90019

787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239
Telephone: (724) 733-3080
Facsimile: (724) 327-9659
Email:  cdice@dicelaw.com